UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81495-CV-MIDDLEBROOKS/MATTHEWMAN

KRISTA ROSENBERG, M.D.,

    Plaintiff,

v.

RELIANCE STANDARD
INSURANCE COMPANY,

    Defendant.

_____/

FILED BY _____ D.C.

NOV 28 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## DEFENDANT'S NOTICE OF FILING
## SUPERSEDEAS BOND

Defendant, RELIANCE STANDARD LIFE INSURANCE COMPANY, An Illinois Corporation., by and through its undersigned counsel hereby files the Supersedeas Bond which is attached to this Notice as Exhibit A.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
*Counsel for Defendant*
100 SE Second Street, Suite 2100
Miami, Florida 33131
Telephone:    305-374-4400
Facsimile:    305-579-0261

By:   */s/ Tanya Suarez*
    TANYA I. SUAREZ
    Florida Bar No.: 86259
    tanya.suarez@wilsonelser.com

## SERVICE LIST

Richard M. Benrubi, Esq.
BENRUBI LAW, P.A.
6501 Congress Avenue, Suite 118
Boca Raton, FL 33487
P. (561) 910-8650
Rbenrubi@benrubilaw.com
cgarcia@benrubilaw.com
*Counsel for Plaintiff*

Jeffrey M. Liggio, Esq.
LIGGIO & CORNELL, P.A.
1615 Forum Place, Suite 3B
West Palm Beach, FL 33401
P. (561) 616-3333
F. (561) 616-3266
jliggio@liggiolaw.com
*Co-Counsel for Plaintiff*

## SUPERSEDEAS BOND

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO.22-81495-CV-MIDDLEBROOKS/Matthewman

KRISTA ROSENBERG, M.D.,                              }
                                                     }
          Plaintiffs                    }
   vs.                                            }
                                                     }
RELIANCE STANDARD INSURANCE COMPANY,                 }
                                                     }   Bond No.: <u>SU 1197781</u>
         Defendant                     }

      We, RELIANCE STANDARD INSURANCE COMPANY, as Principal/Defendants, and ARCH INSURANCE COMPANY, as surety, are held and firmly bound to KRISTA ROSENBERG, M.D., the Plaintiff in the above-entitled action, in the maximum penal sum of $360,600.00 for the payment of which we firmly bind ourselves and our heirs, executors, administrators, or assigns. We, RELIANCE STANDARD INSURANCE COMPANY, jointly and severally submit ourselves to the jurisdiction of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA and irrevocably appoint the clerk of the court as agent for us, upon whom any papers affecting our liability, jointly and severally, on this obligation may be served. We, RELIANCE STANDARD INSURANCE COMPANY, jointly and severally, irrevocably waive any right to a jury trial and agree that our liability may be enforced in the court on motion and such notice of motion as the court may prescribe may be served upon the clerk as our agent.

      Whereas, on November 7, 2023, in an action pending in the above court, between KRISTA ROSENBERG, M.D., as plaintiff, and RELIANCE STANDARD INSURANCE COMPANY, as defendant, judgment was rendered against RELIANCE STANDARD INSURANCE COMPANY, in the sum of $325,000.00 from which RELIANCE STANDARD INSURANCE COMPANY, have taken an appeal to UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT.

      Now, therefore, if RELIANCE STANDARD INSURANCE COMPANY, satisfies the judgment in full, together with costs and interest on such judgment, or if for any reason the appeal is dismissed, or the petition for certification is denied, or the judgment is affirmed, and must satisfy in full any modification of the judgment and such costs, interest and damages as any appellate court may adjudge and award, then this obligation will be null and void; otherwise it will remain in full force and effect; provided however, the maximum liability of the Surety shall not exceed the sum of $360,600.00.

      Signed, sealed, and dated this <u>15th</u> day November 2023.

*{Signature Pages Follow}*

Page 1 of 3

RELIANCE STANDARD INSURANCE COMPANY,
as Principal

By _____

ARCH INSURANCE COMPANY,
as Surety

By                                    
Daniel P. Dunigan – Attorney in Fact

10371

*This Power of Attorney limits the acts of those named herein, and they have no authority to bind the Company except in the manner and to the extent herein stated. Not valid for Note, Loan, Letter of Credit, Currency Rate, Interest Rate or Residential Value Guarantees.*

## POWER OF ATTORNEY

**Know All Persons By These Presents:**

That the Arch Insurance Company, a corporation organized and existing under the laws of the State of Missouri, having its principal administrative office in Jersey City, New Jersey (hereinafter referred to as the "Company") does hereby appoint:

**Brian C. Block, Daniel P. Dunigan, James L. Hahn, Joseph W. Kolok, Jr. and Kelly G. Hennessy of Berwyn, PA (EACH)**

its true and lawful Attorney(s)in-Fact, to make, execute, seal, and deliver from the date of issuance of this power for and on its behalf as surety, and as its act and deed: Any and all bonds, undertakings, recognizances and other surety obligations, in the penal sum not exceeding <u>One Hundred Fifty Million</u> Dollars (<u>$150,000,000.00</u>). This authority does not permit the same obligation to be split into two or more bonds In order to bring each such bond within the dollar limit of authority as set forth herein.

The execution of such bonds, undertakings, recognizances and other surety obligations in pursuance of these presents shall be as binding upon the said Company as fully and amply to all intents and purposes, as if the same had been duly executed and acknowledged by its regularly elected officers at its principal administrative office in Jersey City, New Jersey.

This Power of Attorney is executed by authority of resolutions adopted by unanimous consent of the Board of Directors of the Company on August 31, 2022, true and accurate copies of which are hereinafter set forth and are hereby certified to by the undersigned Secretary as being in full force and effect:

"**VOTED**, That the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, or the Secretary shall have the power and authority to appoint agents and attorneys-in-fact, and to authorize them subject to the limitations set forth in their respective powers of attorney, to execute on behalf of the Company, and attach the seal of the Company thereto, bonds, undertakings, recognizances and other surety obligations obligatory in the nature thereof, and any such officers of the Company may appoint agents for acceptance of process."

This Power of Attorney is signed, sealed and certified by facsimile under and by authority of the following resolution adopted by the unanimous consent of the Board of Directors of the Company on August 31, 2022:

**VOTED**, That the signature of the Chairman of the Board, the President, or the Executive Vice President, or any Senior Vice President, of the Surety Business Division, or their appointees designated in writing and filed with the Secretary, and the signature of the Secretary, the seal of the Company, and certifications by the Secretary, may be affixed by facsimile on any power of attorney or bond executed pursuant to the resolution adopted by the Board of Directors on August 31, 2022, and any such power so executed, sealed and certified with respect to any bond or undertaking to which it is attached, shall continue to be valid and binding upon the Company. **In Testimony Whereof**, the Company has caused this instrument to be signed and its corporate seal to be affixed by their authorized officers, this **16**$^{th}$ day of <u>March</u>, 20<u>23</u>.

**Attested and Certified**

Regan A. Shulman, Secretary

**STATE OF PENNSYLVANIA SS**
**COUNTY OF PHILADELPHIA SS**

**Arch Insurance Company**

Stephen C. Ruschak, Executive Vice President

I, **Michele Tripodi**, a Notary Public, do hereby certify that Regan A. Shulman and Stephen C. Ruschak personally known to me to be the same persons whose names are respectively as Secretary and Executive Vice President of the Arch Insurance Company, a Corporation organized and existing under the laws of the State of Missouri, subscribed to the foregoing instrument, appeared before me this day in person and severally acknowledged that they being thereunto duly authorized signed, sealed with the corporate seal and delivered the said instrument as the free and voluntary act of said corporation and as their own free and voluntary acts for the uses and purposes therein set forth.

Commonwealth of Pennsylvania - Notary Seal
MICHELE TRIPODI, Notary Public
Philadelphia County
My Commission Expires July 31, 2025
Commission Number 1168622

Michele Tripodi, Notary Public
My commission expires 07/31/2025

**CERTIFICATION**

I, **Regan A. Shulman**, Secretary of the Arch Insurance Company, do hereby certify that the attached **Power of Attorney dated <u>March 16, 2023</u>** on behalf of the person(s) as listed above is a true and correct copy and that the same has been in full force and effect since the date thereof and is in full force and effect on the date of this certificate; and I do further certify that the said Stephen C. Ruschak, who executed the Power of Attorney as Executive Vice President, was on the date of execution of the attached Power of Attorney the duly elected Executive Vice President of the Arch Insurance Company.

**IN TESTIMONY WHEREOF**, I have hereunto subscribed my name and affixed the corporate seal of the Arch Insurance Company on this 15th day of November, 20 23 .

Regan A. Shulman, Secretary

This Power of Attorney limits the acts of those named therein to the bonds and undertakings specifically named therein and they have no authority to bind the Company except in the manner and to the extent herein stated.

**PLEASE SEND ALL CLAIM INQUIRIES RELATING TO THIS BOND TO THE FOLLOWING ADDRESS:**
Arch Insurance – Surety Division
3 Parkway, Suite 1500
Philadelphia, PA 19102

*To verify the authenticity of this Power of Attorney, please contact Arch Insurance Company at SuretyAuthentic@archinsurance.com Please refer to the above named Attorney-in-Fact and the details of the bond to which the power is attached.*

AICPOA040120

Printed in U.S.A.